FILED - USDC - FLMD - ORL
SEP 16 2026 PM4:09

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SEALED

UNITED STATES OF AMERICA

v.

CASE NO. 6:26-cr-32-GAP-LHP
18 U.S.C. § 1959(a)(5)
18 U.S.C. § 1962(d)
18 U.S.C. § 2
21 U.S.C. § 846

HERNANDO THOMPSON,
a/k/a "Dude,"
a/k/a "T-Murder,"
a/k/a "Tee,"
ALVIN EUGENE JAMES
a/k/a "Headshot,"
TYRONE CONAWAY,
a/k/a "Darkside,"
a/k/a "Dark,"
a/k/a "Goldmine,"
EDDIE JAMES RHODES III,
a/k/a "Drizzy,"
CHARLIE MARTIN
a/k/a "Triple Homicide,"
TERRY TILLMAN,
a/k/a "Tufflon,"
JESSE COHEN,
a/k/a "Ghost,"
a/k/a "Blast,"
DEONSE SCIPIO-CARTER,
a/k/a "Say Say,"
JOSHUA JAMES,
a/k/a "Saint,"
RASHAD COLLINS,
a/k/a "Pnut,"
TORRANCE BOYD,
a/k/a "Baby Nine"
MICHAEL SIMMONS,
a/k/a "Geezy,"
a/k/a "Jeezy,"
RICKEY BROWN,
KENNY CHANEY,
a/k/a "K-Foolie,"

TRACY HONEY,
MONICA FLORES,
TYLER ABBOTT,
a/k/a "Bully Badass,"
JUNIO SAINVIL,
a/k/a "Wack," and
ELSIE LABOY,
a/k/a "Z-Queen"

**SUPERSEDING INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
**(RICO Conspiracy)**
*18 U.S.C. § 1962(d)*

**Background**

At all times relevant to this Superseding Indictment:

1. In the early 1970s, a group of street gangs united and formed a larger gang called "The Bloods." This gang originated in Los Angeles, California, but spread to other areas. In the 1990s, the "United Bloods Nation" ("UBN") formed as the East Coast offshoot of the California-based Bloods. "The Bloods" now exist throughout the United States.

2. "The Bloods" are broken into individual units known as "sets." Sex Money Murder ("SMM") is an independent set of "The Bloods." SMM was established in or around 1989. SMM began as a local street gang in the Soundview section of the Bronx in New York. In the mid-1990s, SMM aligned with UBN in prison. By the 2000s, SMM had withdrawn from UBN and established itself as an independent set of "The Bloods." Since its inception, SMM has spread from the

Bronx and New York to areas across the East Coast, including Florida, where it operates inside and outside of prisons and jails.

3. Although SMM's leadership structure spans multiple states, each state typically has subgroups, also called "sets" or "lines," which are responsible for carrying out the affairs of the gang within their individual territories. Typically, each set or line is responsible for representing SMM through the commission of criminal activities, the generation of financial proceeds, the resolution of internal and external conflict, and the enforcement of strict adherence to SMM rules and protocols. The structure of SMM is hierarchical in nature. Each set or line has its own "line-up," or hierarchy, of ranked gang members from each territory.

4. SMM members were organized into two separate sets or lines. For the purposes of this Superseding Indictment, the relevant sets are "45 Worldwide" and "24K."

5. SMM-24K was formerly known as the "Black Rose Family" and operated predominately in New Jersey and Florida. This subset of SMM was formed by a SMM leader in New Jersey. After forming SMM-24K in New Jersey, that SMM leader allowed another individual to create and oversee SMM-24K in Florida. SMM-24K was considered a "renegade set" by SMM-45 Worldwide because it did not answer to leaders in the Soundview Projects of New York where SMM was founded.

6. Certain SMM members hold a specific rank within the gang or within a specific set or line. Specific duties and responsibilities are associated with each rank. The SMM rank structure often includes a delineation between incarcerated members

("behind the wall") and non-incarcerated members ("on the streets"). In many instances, leadership "behind the wall" also exerts control over membership "on the streets." Rank structure and responsibilities sometimes vary "behind the wall" and "on the streets," but are typically arranged as follows:

a. "Founder";

b. "God Fathers" – members with nationwide influence over SMM activity who set rules for the gang, among other things;

c. "Chairman" – state-level leaders who report to national leadership;

d. "President," "Commissioner," or "Head" – regional or state-level leaders with authority over a specific line within a given territory, who report to higher-ranking members;

e. "High-O20" – second-in-command to the President;

f. "Low-O20" – third-in-command to the President;

g. "Generals-Fifth Floor though First Floor"– ranking members in charge of local gang sets, with the Fifth Floor being the highest rank and the First Floor being the lowest rank;

h. "Area head" – lower-ranking regional or city-level leaders with authority over a specific line within a given territory, who report to higher-ranking members; and

i. "Soldier" – a SMM member without rank.

7. SMM-24K is governed by a common set of rules, codes, laws, and

oaths. Members are required to pay monetary dues. Monies collected are used to pay for items used in criminal activities, such as controlled substances and weapons; to aid other gang members; and to enrich leaders, members, and associates of the gang, among other things. SMM-24K members and associates use specific words, codes, and abbreviations to communicate with one another. Some commonly used examples are:

a. "Big homie" or "walk with" – describes a person who vouches for and serves as a mentor to a lower-ranked SMM member, who "walks with" his "Big Homie";

b. "Dub" or "plate" – describes a member who has been authorized for removal from the gang;

c. "Eat a plate" or to be "ate" – describes the targeting of an individual, who may or may not be a SMM member, for murder;

d. "Green light" or "Smash on sight" – refers to permission granted by a higher-ranking SMM member to commit a physical attack against someone, including murder;

e. "Behind the wall" or "G-wall" – refers to an imprisoned individual or to being inside a prison or other correctional facility;

f. "Kitty" – refers to a collection of money funded by dues and proceeds of criminal activity used to assist gang members and fund further criminal activity;

g. "Stealing from the church" – refers to stealing from the gang or another SMM member;

h. "Lying to a Producer" – refers to lying to a higher-ranking member; and

i. "Jumped in," "Jumping in," or "64" – refers to a gang initiation ritual, whereby initiates into SMM-24K are required to fight two or more SMM-24K members for a specific timed period, usually 64 seconds.

**The Enterprise**

8. At all times relevant to this Superseding Indictment, there existed in the Middle District of Florida, and elsewhere, a criminal organization, namely, Sex Money Murder 24K (defined above and hereinafter "SMM-24K"). SMM-24K, including its leaders, members, and associates, constituted an enterprise, as defined by 18 U.S.C. § 1961(4), that is, a group of individuals associated in fact that engaged in, and the activities of which affected, interstate and foreign commerce ("the SMM-24K enterprise"). The SMM-24K enterprise constituted an ongoing organization whose members and associates functioned as a continuing unit for the common purpose of achieving the objectives of the enterprise.

**Purposes of the Enterprise**

9. The purposes of the SMM-24K enterprise included, but were not limited to, the following:

a. enriching the leaders, members, and associates of the enterprise

through drug trafficking and introducing contraband, including drugs and cell phones, into prisons and jails, among other things;

b. preserving and protecting the power, reputation, territory, operations, and proceeds of the enterprise through the use of threats, intimidation, and violence, including, but not limited to, acts involving murder, assaults with weapons, and other acts of violence; and

c. providing financial aid and assistance, including, but not limited to, posting bonds and funding commissary accounts, to members of the enterprise charged with, or incarcerated for gang-related activities.

**Means and Methods of the Enterprise**

10. The means and methods by which members and associates of the SMM-24K enterprise conducted and participated in the affairs of the enterprise included, but were not limited to, the following:

a. Members and associates of the enterprise attended meetings where criminal activity and gang finances were discussed and disciplinary measures against fellow SMM-24K members were discussed and decided.

b. To enforce discipline and enterprise rules, members and associates of the enterprise committed, and aided and abetted the commission of, acts involving murder, attempted murder, and

assault against those members and associates of the enterprise who violated rules, questioned authority, were suspected of cooperating with law enforcement, or otherwise posed any real or perceived threat to leaders, members, or purposes of the enterprise.

c. To generate income, leaders, members, and associates of the enterprise distributed, agreed to distribute, and attempted to distribute methamphetamine, marijuana, K2, and other controlled substances.

d. Members were required to pay dues. Monies collected were used to enrich members of the enterprise, support incarcerated leaders, fund the purposes of the enterprise, and purchase items needed for the enterprise, including controlled substances. Dues were sometimes funded from the proceeds of illegal activities such as drug trafficking.

e. Members and associates of the SMM 24-K enterprise used gang-related terminology, codes, symbols, phrases, and hand gestures to demonstrate affiliation with the SMM-24K enterprise.

f. Members and associates of the SMM 24-K enterprise coordinated with non-incarcerated SMM-24K members and associates to traffic drugs and smuggle contraband, including cell phones, into prisons.

**The Racketeering Conspiracy**

11. Beginning on an unknown date, but starting no later than in or around September 2021, and continuing to at least the date of this Superseding Indictment, in the Middle District of Florida, and elsewhere, the defendants,

HERNANDO THOMPSON,
a/k/a "Dude,"
a/k/a "T-Murder,"
a/k/a "Tee,"
TYRONE CONAWAY,
a/k/a "Darkside,"
a/k/a "Dark,"
a/k/a "Goldmine,"
ALVIN EUGENE JAMES
a/k/a "Headshot,"
and
EDDIE JAMES RHODES III,
a/k/a "Drizzy,"

and others known and unknown to the Grand Jury, each being a person employed by and associated with SMM-24K, an enterprise engaged in, and the activities of which affected, interstate and foreign commerce, did knowingly, willfully, and unlawfully combine, conspire, confederate, and agree with one another to violate 18 U.S.C. § 1962(c), that is, to conduct and to participate, directly and indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity, as defined by 18 U.S.C. § 1961(1) and (5), which pattern of racketeering consisted of:

a. multiple acts and threats involving murder, chargeable under Florida Statutes, §§ 782.04, 777.04, and 777.011; and

b. multiple offenses involving drug trafficking, in violation of 21 U.S.C. §§ 841 and 846.

12. It was further part of the conspiracy that each defendant agreed that a conspirator would commit at least two acts of racketeering in conducting the affairs of the enterprise.

**Overt Acts**

13. In furtherance of the conspiracy, and to affect the object thereof, the defendants, HERNANDO THOMPSON, a/k/a "Dude," a/k/a "T-Murder," a/k/a/ "Tee"; TYRONE CONAWAY, a/k/a "Darkside," a/k/a "Dark," a/k/a "Goldmine"; ALVIN EUGENE JAMES, a/k/a "Headshot," and EDDIE JAMES RHODES III, a/k/a "Drizzy"; and others known and unknown to the Grand Jury, committed and caused to be committed various overt acts, including, but not limited to, the following:

(OA-1) On an unknown date, but beginning no later than on or about January 1, 2023, and continuing through on or about May 5, 2023, CONAWAY, RHODES, Tracy Honey, Monica Flores, Tyler Abbott, Junio Sainvil, and Elsie Laboy conspired to smuggle controlled substances into the Charlotte Correctional Facility in Charlotte County, Florida.

(OA-2) From in or around October 2022, through in or around December 2022, Person #1 was recruited to be a SMM-24K member by CONAWAY, while both were incarcerated at Avon Park Correctional Institution, using intimidation and threats of force.

(OA-3) In or around December 2022, Person #1 agreed to join SMM-24K and was "jumped" into the gang.

(OA-4) In or around December 2022, CONAWAY requested information about the location of family members of a rival gang member known to Person #1, who claimed to not know the information.

(OA-5) On or about January 17, 2023, CONAWAY sent or caused to be sent via the Florida Department of Correction's messaging system, a message to Person #1, accusing Person #1 of lying to and betraying CONAWAY.

(OA-6) Between on or about January 17, 2023, and on or about January 29, 2023, CONAWAY, Torrance Boyd, Deonse Scipio-Carter, Michael Simmons, and Jesse Cohen, conspired to murder Person #1.

(OA-7) Between on or about January 17, 2023, and on or about January 29, 2023, CONAWAY directed multiple SMM-24K members at Desoto Correctional Institution in Desoto County, Florida, to murder Person #1.

(OA-8) On or about January 20, 2023, an SMM-24K member created or maintained a "hit list" that identified various inmates in Florida Department of Corrections and stated reasons the inmates were to be killed. The list contained Person #1's true name, SMM-24K nickname, and Florida Department of Corrections Number, stated Person #1 was

under CONAWAY, and alleged Person #1 lied and owed money to SMM-24K leadership.

(OA-9) On or about January 28, 2023, an SMM-24K member sent Deonse Scipio-Carter a text message asking why a "hit" had not been carried out.

(OA-10) On or about January 28, 2023, Deonse Scipio-Carter, Joshua James, and Rashad Collins, contributed money via Cash App in support of the plan to kill Person #1.

(OA-11) On or about January 29, 2023, Deonse Scipio-Carter solicited Person #1 to walk to another dormitory in the DeSoto Correctional Institution.

(OA-12) On or about January 29, 2023, Torrance Boyd stabbed and attempted to kill Person #1 outside of their assigned dormitory in the Desoto Correctional Institution with the assistance of Deonse Scipio-Carter and Michael Simmons.

(OA-13) On or about January 29, 2023, CONAWAY reformatted or deleted all or part of the contents of his cell phone.

(OA-14) On or about January 31, 2023, Michael Simmons sent messages to CONAWAY, advising him of the Florida Department of Corrections investigation into the stabbing of Person #1 and his suspicion that Person #1 was cooperating.

(OA-15) On or about February 1, 2023, CONAWAY attempted to destroy his cell phone from which he had previously deleted content on or about

January 29, 2023, when a corrections officer attempted to seize the device.

(OA-16) In or about 2017, at Polk County Correctional Institute, Person #2 was "jumped into" SMM-24K. Person #2 remained a member of SMM-24K after his release from prison in 2019 and subsequent re-incarceration.

(OA-17) In or about 2022, SMM-24K assigned Terry Tillman as Person #2's "big homie."

(OA-18) On or about January 20, 2023, a "hit list" was created or maintained listing Victim Person #2's true name, SMM-24K nickname, Florida Department of Corrections number, stating Person #2 was under Tillman's authority, and accusing Person #2 of lying to and stealing from SMM-24K leadership.

(OA-19) On or about February 23, 2023, Tillman attempted to kill Person #2 by stabbing Person #2 around the neck with a weapon, while Charlie Martin acted as a lookout.

(OA-20) On or about February 23, 2023, Charlie Martin sent a text message to CONAWAY confirming the attempted murder of Person #2 had been carried out.

(OA-21) On or about March 24, 2023, Person #2 was stabbed again, this time around the neck and upper torso at Hardee Correctional Institution by an unknown assailant.

(OA-22) On or about January 20, 2023, a "hit list" was created or maintained listing Person #3's SMM-24K nickname, true name, and Florida Department of Corrections number.

(OA-23) On or about March 15, 2023, CONAWAY sent a message to THOMPSON about Person #3, a Florida inmate who was stabbed the next day.

(OA-24) On or about March 17, 2023, THOMPSON and CONAWAY communicated about the stabbing of Person #3, and CONAWAY updated THOMPSON about the details of when Person #3 was stabbed and told CONAWAY that he had ordered hits on two people.

(OA-25) Between on or about April 26, 2023, and April 27, 2023, THOMPSON and JAMES exchanged text messages to coordinate the murder of a rival gang member, Person #4, in retaliation for Person #4 shooting at a member of SMM-24K.

(OA-26) On or about April 26, 2023, JAMES made a note on his phone about where Person #4 was housed in the Florida Department of Corrections.

(OA-27) On or about April 26, 2023, JAMES conducted multiple internet searches on his cell phone of corrections databases for Person #4 and queried inmate databases.

(OA-28) On or about April 28, 2023, an unknown inmate slashed Person #4 in the face at Apalachee East Correctional Institution in Jackson County, Florida, on behalf of SMM-24K.

(OA-29) On or about April 28, 2023, THOMPSON and JAMES exchanged messages with others, known and unknown to the Grand Jury, in which they celebrated the slashing of Person #4.

(OA-30) On or about May 24, 2023, Liberty Correctional Institution Corrections Officers observed Kenny Chaney and Rickey Brown repeatedly stab Person #4, who had been transferred to the facility from Apalachee East Correctional Institution.

(OA-31) On multiple dates between on in or about July 2022 and August 2022, RHODES provided controlled substances to an associate of SMM-24K, who later cooperated with law enforcement ("CI-1"), who then smuggled the controlled substances to SMM-24K members and associates incarcerated in Avon Park Correctional Institution.

(OA-32) Between on or about July 5, 2022, and July 8, 2022, CONAWAY provided instructions to a coconspirator to smuggle drugs to an inmate in the Avon Park Correctional Facility.

(OA-33) On or about July 8, 2022, CONAWAY sent $1,000 to CI-1 as payment for smuggling controlled substances into Avon Park Correctional Institution.

(OA-34) On or about July 18, 2022, CONAWAY coordinated the delivery of drugs to CI-1 by RHODES in the Middle District of Florida.

(OA-35) On or about July 25, 2022, CONAWAY sent a video to RHODES with instructions about packaging drugs that would be smuggled into Avon Park Correctional Facility.

(OA-36) On or about August 5, 2022, RHODES provided controlled substances, including approximately 117 grams of methamphetamine, to CI-1 to be delivered to members or associates of SMM-24K in prison.

(OA-37) On or about August 12, 2022, CONAWAY sent approximately $500 to CI-1 as payment for smuggling drugs into Avon Park Correctional Institution.

(OA-38) Between on or about September 2, 2022, and September 7, 2022, CONAWAY provided a net of $500 to CI-1 as payment for smuggling drugs into Avon Park Correctional Institution.

(OA-39) On or about September 3, 2022, RHODES provided controlled substances, including approximately 114 grams of methamphetamine and approximately 197 grams of marijuana, to CI-1 to be delivered to members or associates of SMM-24K in prison.

(OA-40) On or about September 20, 2022, RHODES accepted approximately $5,500 from CI-1 as payment for the controlled substances he gave to CI-1 on or about September 3, 2022, which CI-1 stated she had sold.

(OA-41) Between in or about March 2023 and April 2023, Monica Flores assisted CONAWAY with supplying controlled substances to members and associates of SMM-24K in Charlotte Correctional Institution.

(OA-42) On or about May 1, 2023, Elsie Laboy mailed packages to CONAWAY and other SMM-24K members and associates at Charlotte Correctional Institution containing approximately 300 grams of synthetic methamphetamine and approximately 100 grams of synthetic cannabinoid.

(OA-43) In or about October 2022, JAMES sent to other members a list of SMM-24K members that included two listed as "plates," identifying them as being subject to orders to be killed.

(OA-44) Between in or about October 2022 and May 2023, JAMES sent, created and shared detailed rosters of SMM-24K membership and listing those in leadership positions, including JAMES, THOMPSON, and CONAWAY, among others.

(OA-45) On or about September 5, 2022, JAMES and THOMPSON discussed an individual who SMM-24K intended to kill, describing him as "funeral music" and "on the menu."

(OA-46) On or about February 1, 2023, while communicating about an individual who posted about THOMPSON on social media, JAMES told THOMPSON that the individual "need to be shot," and advised that "it's already in the process."

(OA-47) In or about August 2022, JAMES, while in the Orlando area, facilitated the sale of approximately 20 to 50 pounds of marijuana for THOMPSON.

(OA-48) On or about March 11, 2023, JAMES and THOMPSON discussed controlled substance sales, and JAMES advised that he was selling approximately one-quarter pound of marijuana per day.

(OA-49) Between in or about September 2022 and May 2023, JAMES lent and sold firearms to other SMM-24K members, including multiple Glock handguns.

**Notice of Special Sentencing Factors**

14. As part of their agreement to conduct and participate in the conduct of the affairs of the SMM-24K enterprise through a pattern of racketeering activity, beginning on a date unknown, but starting no later than in or around September 2021, and continuing to at least the date of this Superseding Indictment, in the Middle District of Florida and elsewhere, the defendants, TYRONE CONAWAY, and EDDIE JAMES RHODES, III, with others known and unknown to the Grand Jury, did knowingly and willfully conspire to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), 841(b)(1)(C) and 846.

All in violation of 18 U.S.C. §1962(d).

**COUNT TWO**
**(Conspiracy to Commit Murder in Aid of Racketeering Activity)**
*18 U.S.C. § 1959(a)(5)*

15. At all times relevant to this Superseding Indictment, SMM-24K, as more fully described in Paragraphs One through Ten of this Superseding Indictment,

which are realleged and incorporated by reference as though fully set forth herein, including its leaders, members, and associates, constituted an enterprise as defined in 18 U.S.C. § 1959(b)(2), that is, a group of individuals associated in fact that was engaged in, and the activities of which affected, interstate and foreign commerce. The enterprise constituted an ongoing organization whose members and associates functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

16. At all times relevant to this Superseding Indictment, the above-described enterprise, SMM-24K, through its members and associates, engaged in racketeering activity as defined in 18 U.S.C. §§ 1959(b)(1) and 1961(1), that is, multiple acts involving murder the laws of the State of Florida, and multiple offenses involving drug trafficking, in violation of 21 U.S.C. §§ 841 and 846.

17. Between at least in or around January 1, 2023, and continuing until at least in or around January 31, 2023, in the Middle District of Florida and elsewhere, the defendants,

TYRONE CONAWAY,
a/k/a "Darkside,"
a/k/a "Dark,"
a/k/a "Goldmine,",
JESSE COHEN,
a/k/a "Ghost,"
a/k/a "Blast,"
TORRANCE BOYD,
a/k/a "Baby Nine",
JOSHUA JAMES,

a/k/a "Saint,"
RASHAD COLLINS,
a/k/a "Peanut,"
DEONSE SCIPIO-CARTER,
a/k/a "Say Say," and
MICHAEL SIMMONS,
a/k/a "Geezy,"
a/k/a "Jeezy,"

and others known and unknown to the Grand Jury, for the purpose of gaining entrance to and maintaining and increasing position in SMM-24K, an enterprise engaged in racketeering activity, unlawfully and knowingly conspired with each other to murder Person #1, in violation of Florida Statute §§ 782.04(1)(a)(1) and 777.04(3).

In violation of 18 U.S.C. § 1959(a)(5).

**COUNT THREE**
**(Conspiracy to Commit Murder in Aid of Racketeering Activity)**
*18 U.S.C. § 1959(a)(5)*

18. Paragraphs Fifteen and Sixteen of this Superseding Indictment are realleged and incorporated by reference as though fully set forth herein.

19. Between at least in or around February 17, 2023, and continuing until at least in or around March 24, 2023, in the Middle District of Florida and elsewhere, the defendants,

TYRONE CONAWAY,
a/k/a "Darkside,"
a/k/a "Dark,"
a/k/a "Goldmine,"
CHARLIE MARTIN,
a/k/a "Triple Homicide," and
TERRY TILLMAN,
a/k/a "Tufflon,"

and others known and unknown to the Grand Jury, for the purpose of gaining entrance to and maintaining and increasing position in SMM-24K, an enterprise engaged in racketeering activity, unlawfully and knowingly conspired with each other to murder Person #2, in violation of Florida Statute §§ 782.04(1)(a)(1) and 777.04(3).

In violation of 18 U.S.C. § 1959(a)(5).

**COUNT FOUR**
**(Conspiracy to Commit Murder in Aid of Racketeering Activity)**
*18 U.S.C. § 1959(a)(5)*

20. Paragraphs Fifteen and Sixteen of this Superseding Indictment are realleged and incorporated by reference as though fully set forth herein.

21. Between at least April 26, 2023, and continuing until at least May 24, 2023, in the Middle District of Florida, the Northern District of Florida, and elsewhere, the defendants,

HERNANDO THOMPSON,
a/k/a "Dude,"
a/k/a/ "T-Murder,"
a/k/a "Tee,"
ALVIN EUGENE JAMES,
a/k/a "Headshot,"
RICKEY BROWN, and
KENNY CHANEY,
a/k/a "K-Foolie,"

and others known and unknown to the Grand Jury, for the purpose of gaining entrance to and maintaining and increasing position in SMM-24K, an enterprise engaged in racketeering activity, unlawfully and knowingly conspired with each

other to murder Person #4, in violation of Florida Statute §§ 782.04(1)(a)(1) and 777.04(3).

In violation of 18 U.S.C. § 1959(a)(5).

**COUNT FIVE**
**(Drug Conspiracy)**
*21 U.S.C. § 846*

22. On an unknown date, but no later than October 2021, and continuing through May 5, 2023, in the Middle District of Florida and elsewhere, the defendants,

TYRONE CONAWAY,
a/k/a "Darkside,"
a/k/a "Dark,"
a/k/a "Goldmine,"
TRACY HONEY,
MONICA FLORES,
EDDIE JAMES RHODES,
a/k/a "Drizzy,"
TYLER ABBOTT,
a/k/a "Bully Badass,"
JUNIO SAINVIL,
a/k/a "Wack,"
and
ELSIE LABOY,
a/k/a "Z-Queen,"

did knowingly and willfully conspire, with each other and other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute controlled substances, including but not limited to, fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of N,N-dimethylpentylone, a Schedule I controlled

substance, in violation of 21 U.S.C. § § 841(a)(1), 841(b)(1)(A)(viii), and 841(b)(1)(C).

All in violation of 21 U.S.C. § 846.

**FORFEITURE**

23. The allegations contained in Counts One through Six of the Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. §§ 924(d), 1963, 21 U.S.C. § 853, and 28 U.S.C. § 2461(c).

24. Upon conviction of a violation of 18 U.S.C. § 1962, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 1963(a);

a. any interest acquired or maintained in violation of 18 U.S.C. § 1962;

b. any interest in, security of, claim against, or property or contractual right of any kind or affording a source of influence over, any enterprise which the defendants established, operated, controlled, conducted, or participated, in the conduct of, in violation of 18 U.S.C. § 1962; and

c. any property constituting, or derived from, any proceeds obtained, directly or indirectly, from racketeering activity in violation of 18 U.S.C. § 1962.

25. The property to be forfeited includes, but is not limited to, an order of forfeiture representing the amount of proceeds obtained as a result of the offense

alleged in Count One.

26. Upon conviction of a violation of 21 U.S.C. § 846, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

27. The property to be forfeited includes, but is not limited to, an order of forfeiture representing the amount of proceeds obtained as a result of the offense alleged in Count Five of this Superseding Indictment.

28. Upon conviction of any offense in this Superseding Indictment, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the commission of the offense.

29. If any of the property described above, as a result of any act or commission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 18 U.S.C. §1963(m) and 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

GREGORY W. KEHOE
United States Attorney

By: ______________________________
JOSEPH K. RUDDY
RACHEL S. ACOSTA
Assistant United States Attorney

By: ______________________________
MICHAEL P. FELICETTA
Assistant United States Attorney
Chief, Orlando Division

DAVID L. JAFFE, Chief
Violent Crime and Racketeering Section
U. S. Department of Justice

By: ______________________________
CHRISTOPHER MATTHEWS
Trial Attorney

FORM OBD-34
September 26

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

HERNANDO THOMPSON ET AL.

SUPERSEDING INDICTMENT

Violations: 18 U.S.C. § 1959(a)(5)
18 U.S.C. § 1962(d)
18 U.S.C. § 2
21 U.S.C. § 846

Filed in open court this 16th day

of September 2026.

Clerk

Bail $____________________

GPO 863 525